UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE WILLIAMS, | No. 2:24-cv-2148-SCR P |
| Plaintiff, | |
| v. | ORDER |
| TRIMPEY, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner, proceeds pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on August 9, 2024, with a complaint and a motion to proceed in forma pauperis. Also on August 9, 2024, plaintiff filed a motion for leave to amend the complaint.

    Plaintiff's motion for leave to amend the complaint was not accompanied by a proposed amended complaint. However, plaintiff indicates the reason for amending is to add another defendant, and plaintiff filed the proposed first amended complaint on September 20, 2024 (ECF No. 7.) The court has neither screened plaintiff's original complaint as required by 28 U.S.C. § 1915A nor ruled on plaintiff's request to proceed in forma pauperis. Under the circumstances, the court finds good cause to grant leave to amend as requested. See Fed. R. Civ. P. 15(a)(2). The court will screen the operative first amended complaint and rule on plaintiff's request to proceed in forma pauperis in due course.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion for leave to file an amended complaint (ECF No. 4) is granted.

DATED: November 8, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE