1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY LEE WILLIAMS,                       No.  2:24-cv-02148 TLN SCR P

12                 Plaintiff,

13           v.                                   ORDER

14    TRIMPEY, et al.,

15                 Defendants.

16

17          Plaintiff is incarcerated in county jail and proceeding pro se with a civil rights action

18    under 42 U.S.C. § 1983.  On July 21, 2025, the undersigned screened plaintiff's second amended

19    complaint and found it failed to state any cognizable claims for relief. (ECF No. 14.)  Plaintiff

20    was granted thirty (30) days to file an amended complaint. (Id. at 8.)  However, plaintiff did not

21    timely amend his complaint or otherwise respond to the order.  On September 24, 2025, the

22    undersigned issued findings and recommendations that plaintiff's complaint be dismissed without

23    prejudice for failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order,

24    Local Rule 110.  (ECF No. 16.)

25          On October 20, 2025, plaintiff filed objections to the findings and recommendations and

26    asked for additional time to amend his complaint and file a motion for the appointment of

27    counsel.  Accordingly, the undersigned will vacate the findings and recommendations and grant

28    plaintiff an additional extension of time.

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations issued on September 24, 2025 (ECF No. 16)

3    are VACATED;

4        2.    Within thirty (30) days from the date of service of this order, plaintiff may file an

5    amended complaint that complies with the requirements of the 42 U.S.C. § 1983, the Federal

6    Rules of Civil Procedure, and the Local Rules of Practice.  The amended complaint must bear the

7    docket number assigned this case, **2:24-cv-02148 TLN SCR P**, and must be labeled "**Third**

8    **Amended Complaint.**"

9        3.    The Clerk of the Court is directed to send plaintiff:

10        a.  A copy of the prisoner complaint form used in this district; and

11        b.  As a one-time courtesy, a copy of the court's screening order dated July 21,

12            2025 (ECF No. 14).

13   DATED: October 23, 2025

14

15   _____
     SEAN C. RIORDAN

16   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28