UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY LEE WILLIAMS, | No. 2:24-cv-2148 TLN SCR P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TRIMPEY, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: December 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE