UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE WILLIAMS, | No.  2:24-cv-02148 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| TRIMPEY, et al., | |
| Defendants. | |

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On July 21, 2025, the undersigned determined plaintiff's first amended complaint failed to state any cognizable claims and granted leave to amend.  Plaintiff received two extensions of time but failed to timely file an amended complaint.  On April 21, 2026, the undersigned issued findings and recommendations that the action be dismissed without prejudice for failure to prosecute.  ECF No. 21.

On May 26, 2026, plaintiff filed a motion for extension of time and change of address.  ECF No. 22.  Plaintiff explains he timely requested another extension but the Court did not receive it.  Good cause appearing, plaintiff's motion for an extension is granted.  Plaintiff will receive one final 60-day extension of time to amend.  Plaintiff is advised that failure to file an amended complaint within that time will result in dismissal of the action.  Plaintiff is further

1

advised that the Court cannot help him access documents from his criminal defense attorney.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for extension of time (ECF No. 22) is GRANTED.  Plaintiff shall file an amended complaint within 60 days of this order.  Plaintiff will not receive any further extensions of time.

2.    Plaintiff is advised that his failure to file an amended complaint within that timeframe will result in dismissal of the action for failure to prosecute.  Fed. R. Civ. P. 41(b), Local Rule 110.

DATED: June 8, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE