UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE WILLIAMS,<br>Plaintiff,<br>v.<br>TRIMPEY, et al.,<br>Defendants. | No. 2:24-cv-02148-TLN-SCR<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302 and 28 U.S.C. § 636(b)(1)(B).

On April 21, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 21.) Plaintiff has not filed timely objections and the time to do so has elapsed.

On May 26, 2026, Plaintiff filed a motion for extension of time and change of address. (ECF No. 22.) On June 9, 2026, the Court granted Plaintiff's motion for extension of time to file an amended complaint, provided a 60-day extension, and stated "Plaintiff is advised that failure to file an amended complaint within that time will result in dismissal of the action." (ECF No. 23 at 1.) Over 60 days have passed since the magistrate judge's order extending time to amend the

complaint. (*Id.*) The Court has considered both filings following the findings and recommendations. (ECF Nos. 22, 23.)

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed April 21, 2026 (ECF No. 21), are ADOPTED in full; and

2. This action is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE